UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-02-577-16 |
| | § | |
| TINH THANH HOANG | § | |

## OPINION AND ORDER

Before the Court is Petitioner Ting Thanh Hoang's ("Hoang's") Request for Certificate of Appealability (Doc. 1624). After considering the record and the applicable law, the Court concludes, for the reasons stated in the order dated September 26, 2011 (Doc. 1619) and in the Magistrate Judge's memorandum and recommendation of April 1, 2011 (Doc. 1613), that Hoang has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Accordingly, the Court **ORDERS** that Hoang's Request for Certificate of Appealability (Doc. 1624) is **DENIED.**

SIGNED at Houston, Texas, this 11th day of January, 2012.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE